**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **MANDY KELLEY**<br>　　*Plaintiff,*<br><br>v.<br><br>**FCI LENDER SERVICES INC.,**<br>**HAYMARKET INSURANCE COMPANY**<br>　　*Defendant(s).* | **CIVIL ACTION:**<br>**3:22-cv-00374** |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MANDY KELLEY (hereinafter "Plaintiff" or "KELLY"), and Defendant(s) FCI LENDER SERVICES INC., (hereinafter "Defendant" or "FCI") and HAYMARKET INSURANCE COMPANY (hereinafter "Defendant" or "HAYMARKET") (and hereby stipulate and agree to the following:

　　1.　　All matters in controversy between Plaintiff and Defendant(s) in the above-entitled and numbered cause have been fully and finally settled and, as such, all claims in this case against Defendant(s), which were or could have been asserted by Plaintiff, are dismissed without prejudice.

　　2.　　Plaintiff as well as Defendant(s) shall bear their own attorney's fees, expert fees, litigation expenses and costs incurred in litigating and settling these claims.

　　3.　　This stipulation is made pursuant to the agreement and understanding between counsel for the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff as well as Defendant(s) jointly request that the Court enter the attached Order dismissing the above-entitled and numbered cause without prejudice, with costs of court being assessed against the party incurring same.

Dated: December 4, 2022

*Respectfully Submitted:*

JACK O'BOYLE & ASSOCIATES


  /s/ Travis H. Gray
Travis H. Gray
SBN: 24044965
SD TX BAR NO.: 1115733
travis@jackoboyle.com
Chris S. Ferguson
SBN: 24068714
chris@jackoboyle.com
P.O. BOX 815369
DALLAS, TX 75381
P: 972.247.0653 | F: 972.247.0642
*ATTORNEYS FOR DEFENDANT(S) FCI LENDER SERVICES INC., HAYMARKET INSURANCE COMPANY*


*Agreed To and Respectfully Submitted:*

  /s/ GREG B. ENOS
GREG B. ENOS
SBN: 06630450
THE ENOS LAW FIRM, P.C.
17207 FEATHER CRAFT LANE
WEBSTER, TX 77598
P:281.333.3030
E:ENOS.SERVICE@ENOSLAW.COM
COUNSEL FOR PLAINTIFF
MANDY KELLEY

**CERTIFICATE OF SERVICE**

  This is to certify that a true, correct and complete copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on December 4, 2022 to:

Greg B. Enos
**The Enos Law Firm, P.C.**
17207 Feather Craft Lane
Webster, TX 77598
P:281.333.3030
E: enos.service@enoslaw.com
*Counsel for Plaintiff Mandy Kelley*

                 */s/ Travis H. Gray*
                 Travis H. Gray